No. 82–1724.   NEW YORK *v.* UPLINGER ET AL.   Ct. App. N. Y.   [Certiorari granted, *ante*, p. 812.]   Motions for leave to file briefs as *amici curiae* by the following were granted: American Psychological Association et al., Center for Constitutional Rights et al., American Civil Liberties Union et al., Committees on Sex and Law et al. of the Association of the Bar of the City of New York, American Association for Personal Privacy et al., Lambda Legal Defense & Education Fund, Inc., and National Association of Business Councils et al.

No. 82–1734.   PALMORE *v.* SIDOTI.   Dist. Ct. App. Fla., 2d Dist.   [Certiorari granted, *ante*, p. 913.]   Motion of Leigh Earls et al. for leave to file a brief as *amici curiae* granted.

No. 82–1913.   GARCIA *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and
No. 82–1951.   DONOVAN, SECRETARY OF LABOR *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.   D. C. W. D. Tex.   [Probable jurisdiction noted, *ante*, p. 812.]   Motion of appellees for divided argument denied.